IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICKEY GODWIN, SR.,

        Plaintiff,

v.                              Case No. 3:13cv71/RV/EMT

H & P CAPITAL, INC.,

        Defendant.

## ORDER OF DISMISSAL

Upon consideration of the plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure (doc. 6), this case is DISMISSED, without prejudice and without taxation of costs.

DONE AND ORDERED this 9th day of July, 2013.

                              /s/ *Roger Vinson*
                              **ROGER VINSON**
                              **Senior United States District Judge**